# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: YASHIKA J. VOSS  
4208 MIDDLEBURY AVE. #1  SSN-xxx-xx-2902  
ROCKFORD, IL  61109

Case Number: 06-71636

Case filed on: 9/6/2006  
Plan Confirmed on: 11/17/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $1,399.18          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 2,200.00 | 2,200.00 | 645.06 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 645.06 | 0.00 |
| 999 | YASHIKA J. VOSS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CREDIT ACCEPTANCE CORPORATION | 3,105.72 | 3,105.72 | 517.09 | 153.70 |
|  | Total Secured | 3,105.72 | 3,105.72 | 517.09 | 153.70 |
| 001 | CREDIT ACCEPTANCE CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | AT&T PHONE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | AAA COMMUNITY FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AMERICAN CASH-N-GO | 806.54 | 806.54 | 0.00 | 0.00 |
| 005 | B-LINE LLC | 640.52 | 640.52 | 0.00 | 0.00 |
| 006 | BALLY TOTAL FITNESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | BLACKHAWK STATE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CHECK-IT | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CLEARCHECK | 25.00 | 25.00 | 0.00 | 0.00 |
| 010 | COMMONWEALTH EDISON COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ER SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | PREMIER BANKCARD/CHARTER | 407.96 | 407.96 | 0.00 | 0.00 |
| 013 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | KROGER | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | NICOR GAS | 329.19 | 329.19 | 0.00 | 0.00 |
| 016 | R.E.S.C.U. PROPERTIES | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | SCHNUCKS MARKETS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | TRINITY DAYCARE | 173.76 | 173.76 | 0.00 | 0.00 |
| 019 | US BANK/RETAIL PAYMENT SOLUTIONS | 348.18 | 348.18 | 0.00 | 0.00 |
| 020 | RJM ACQUISITIONS FUNDING LLC | 84.37 | 84.37 | 0.00 | 0.00 |
| 021 | ABC CASH N GO | 563.58 | 563.58 | 0.00 | 0.00 |
|  | Total Unsecured | 3,379.10 | 3,379.10 | 0.00 | 0.00 |
|  | Grand Total: | 8,684.82 | 8,684.82 | 1,162.15 | 153.70 |

Total Paid Claimant: $1,315.85  
Trustee Allowance: $83.33  
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008          By  /s/Heather M. Fagan